IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01295-LTB-CBS

BETTY GALLEGOS,
BERTHA PACHECO,
LAURA REYES,
MANUELA ARRAS,
DAVID ZUBIA,
ANTONIO MEZA,
JESUS ARENIVAR
ALBA BARRIOS,
GLORIA CAMPOS,
REYNEL CARMONA,
SYLVIA CRUZ,
JESUS ESTRADA,
MARIA ISABEL FLORES,
JORGE MARTINEZ,
MARIA MCREYNOLDS,
IGNACIO RANGEL,
JUANA ROSALES,
MARIA TOVAR,
ANTELMO ZUNUN,
MARIA ALVA,
PETRONA COREAS,
MARIA ESTEVEZ,
ALFREDO PINEDA,
CARMEN LUNA,
PATTY LEHMKUHL, and
LUIS OCHOA,

      Plaintiffs,

v.

SWIFT & COMPANY,

      Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that parties' Stipulated Motion to Modify Scheduling Order (filed September 2, 2005; *doc. no. 52*) is **GRANTED**.  The discovery deadline is extended to **February 15, 2006**, and the dispositive motion deadline is extended to no later than **April 1, 2006**.

Parties are put on notice that unless the September 5, 2006, trial date is vacated, the court is not inclined to grant any further extensions of the above deadlines.

**DATED:**      September 15, 2005