IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01295-LTB-CBS

BETTY GALLEGOS,
BERTHA PACHECO,
LAURA REYES,
MANUELA ARRAS,
DAVID ZUBIA,
ANTONIO MEZA,
JESUS ARENIVAR
ALBA BARRIOS,
GLORIA CAMPOS,
REYNEL CARMONA,
SYLVIA CRUZ,
JESUS ESTRADA,
MARIA ISABEL FLORES,
JORGE MARTINEZ,
MARIA MCREYNOLDS,
IGNACIO RANGEL,
JUANA ROSALES,
MARIA TOVAR,
ANTELMO ZUNUN,
MARIA ALVA,
PETRONA COREAS,
MARIA ESTEVEZ,
ALFREDO PINEDA,
CARMEN LUNA,
PATTY LEHMKUHL, and
LUIS OCHOA,

      Plaintiffs,

v.

SWIFT & COMPANY,

      Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Consistent with the Court's rulings from the bench during the hearing on February 2, 2006, it is hereby **ORDERED** that Plaintiff's Motion to Compel Answers to Requests for Admission (filed January 30, 2006; *doc. no. 67*) is **DENIED**.  It is further

**ORDERED** that Defendant's Motion for Protective Order (filed January 30, 2006; *doc. no. 68*) is **DENIED**.  It is further

**ORDERED** that the final pretrial conference set for June 20, 2006, is **VACATED** and **RESET** to **June 27, 2006, at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Parties are directed to submit a proposed final pretrial order no later than **June 20, 2006**.

Pursuant to FED.R.CIV.P. 16(d) trial counsel MUST be physically present for the pretrial conference.  *No telephonic appearances will be permitted.*

**DATED:**        February 3, 2006