IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01295-LTB-CBS

BETTY GALLEGOS,
BERTHA PACHECO,
LAURA REYES,
MANUELA ARRAS,
DAVID ZUBIA,
ANTONIO MEZA,
JESUS ARENIVAR
ALBA BARRIOS,
GLORIA CAMPOS,
REYNEL CARMONA,
SYLVIA CRUZ,
JESUS ESTRADA,
MARIA ISABEL FLORES,
JORGE MARTINEZ,
MARIA MCREYNOLDS,
IGNACIO RANGEL,
JUANA ROSALES,
MARIA TOVAR,
ANTELMO ZUNUN,
MARIA ALVA,
PETRONA COREAS,
MARIA ESTEVEZ,
ALFREDO PINEDA,
CARMEN LUNA,
PATTY LEHMKUHL, and
LUIS OCHOA,

     Plaintiffs,

v.

SWIFT & COMPANY,

     Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiffs' Unopposed Motion to Permit Rule 30(B) Motion of Defendant on March 22, 2006 (Filed March 8, 2006; *doc. no. 92*) is **GRANTED**.  The discovery deadline is extended to **March 23, 2006**.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

No further extensions will be granted.

**DATED:**        March 20, 2006