IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

**Civil Action No. 04-cv-02408 - LTB - MEH**

LUIS OCHOA,

    Plaintiff,

v.

SWIFT & COMPANY,

    Defendant.

AND

**Civil Action No. 04-cv-1295-LTB-CBS**

BETTY GALLEGOS, BERTHA PACHECO,
LAURA REYES, MANUEL ARRAS,
DAVID ZUBIA, ANTONIO MEZA,
JESUS ARENIVAR, ALBA BARRIOS,
GLORIA CAMPOS, REYNEL CARMONA,
SYLVIA CRUZ, JESUS ESTRADA,
MARIA ISABEL FLORES, JORGE MARTINEZ,
MARIA MCREYNOLDS, IGNACIO RANGEL,
JUANA ROSALES, MARIA TOVAR,
ANTELMO ZUNUN, MARIA ALVA,
PETRONA COREAS, MARIA ESTEVEZ,
ALFREDO PINEDA, CARMEN LUNA,
PATTY LEHMKUHL, LUIS OCHOA,

    Plaintiffs,

v.

SWIFT & COMPANY,

    Defendant.

_____

ORDER
_____

Based upon my findings and rulings made on the record during the Final Trial Preparation Conference hearing held on May 23, 2006, at 8:00 am, in 04-cv-2408, I HEREBY ORDER as follows:

1) The Hearing on Status and Scheduling set in 04-cv-1295 for May 24, 2006, at 2:00 PM is consolidated with this hearing and Plaintiff's Unopposed Motion to Reset Status Conference set in 04-1295 **[Case No. 04-cv-1295  DOC #231]** is DENIED AS MOOT ;

2) The Final Pretrial Conference set in 04-cv-1295 for June 27, 2006 at 9:30 AM is VACATED;

3) The Final Trial Preparation Conference set in 04-cv-1295 for August 4, 2006, at 8:00 AM is VACATED, and Defendant's Unopposed Motion to Reschedule Trial Preparation Conference set in 04-cv-1295 **[Case No. 04-cv-1295 DOC #65]** is WITHDRAWN BY DEFENSE COUNSEL;

4) The six-week jury trial set in 04-cv-1295 to commence on September 5, 2006, at 8:00 AM is VACATED;

5) Joint Motion to Consolidate With Civil Action No. 1:04-cv-01295 for Purposes of Trial **[Case No. 04-cv-2408 DOC #31]** is GRANTED, and all future filings in this consolidated case shall reference Civil Action No.  04-cv-1295-LTB-CBS;

6) The five-day  jury trial set in 04-cv-2408 to commence on Jun 19, 2006, at 8:00 AM is VACATED;

7) Upon Plaintiff Luis Ochoa's waiver of his right to jury trial by counsel today in court, the Unopposed Motion to Waive Jury Trial and Try the Matter to the Court and To Bifurcate Issue of Damages for Trial **[Case No. 04-cv-1295 DOC #230]** is GRANTED; and

8) Defendant's Motion to Dispense with the Filing of Reply Briefs and for Expedited Ruling **[Case No. 04-cv-1295 DOC #212]** is WITHDRAWN BY DEFENSE COUNSEL.

IT IS FURTHER ORDERED that Plaintiff's counsel has fourteen days from the date of this order to inform the court and opposing counsel as to whether Plaintiff Luis Ochoa will continue to advance his national origin discrimination claims against Defendant.

Dated: May   23  , 2006, in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge