IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01295-LTB-CBS

BETTY GALLEGOS,
BERTHA PACHECO,
LAURA REYES,
MANUELA ARRAS,
DAVID ZUBIA,
ANTONIO MEZA,
JESUS ARENIVAR
ALBA BARRIOS,
GLORIA CAMPOS,
REYNEL CARMONA,
SYLVIA CRUZ,
JESUS ESTRADA,
MARIA ISABEL FLORES,
JORGE MARTINEZ,
MARIA MCREYNOLDS,
IGNACIO RANGEL,
JUANA ROSALES,
MARIA TOVAR,
ANTELMO ZUNUN,
MARIA ALVA,
PETRONA COREAS,
MARIA ESTEVEZ,
ALFREDO PINEDA,
CARMEN LUNA,
PATTY LEHMKUHL, and
LUIS OCHOA,

       Plaintiffs,

v.

SWIFT & COMPANY,

       Defendant.

*consolidated with*

04-cv-02408-LTB-CBS

LUIS OCHOA,

      Plaintiff,

v.

SWIFT & COMPANY,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Vacate the Filing of the Pre-trial Order and the Pre-Trial Conference (*doc. no. 246)* is **DENIED**, as moot.

Per the Order entered by Chief Judge Babcock on May 23, 2006, the June 27, 2006, final pretrial conference set before Magistrate Judge Shaffer in Civil Action No. 04-cv-01295-LTB-CBS has been vacated.

**DATED:**      June 16, 2006