## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: January 24, 2007 |
| Court Reporter: Gwen Daniel | |

_____

Civil Action No. 04-cv-01295-LTB                    *Counsel:*

BETTY GALLEGOS, et al,                               Britton Morrell
                                                     Todd McNamara
    Plaintiffs,

v.

SWIFT & COMPANY,                                     W. V. Bernie Siebert

    Defendant.

_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Exclude Evidence**

2:39 p.m.     Court in Session

Argument by Mr. Seibert.

Argument by Mr. McNamara and Mr. Morrell.

Rebuttal argument by Mr. Seibert.

**ORDERED:** Motion to Exclude Evidence (Doc. 262) is granted as set forth on the record. A written order will be entered.

3:42 p.m.     Court in Recess

Hearing concluded.
Time: 01:03