IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:04-cv-01295-LTB-CBS

BETTY GALLEGOS, BERTHA PACHECO,
LAURA REYES, MANUELA ARRAS,
DAVID ZUBIA, ANTONIO MEZA,
JESUS ARENIVAR, ALBA BARRIOS,
GLORIA CAMPOS, REYNEL CARMONA,
SILVIA CRUZ, JESUS ESTRADA,
MARIA ISABEL FLORES, JORGE
MARTINEZ, MARIA MCREYNOLDS,
IGNACIO RANGEL, JUANA ROSALES,
MARIA TOVAR, ANTELMO ZUNUN,
MARIA ALVA, PETRONA COREAS,
MARIA ESTEVEZ, ALFREDO PINEDA,
CARMEN LUNA, PATTY LEHMKUHL &
LUIS OCHOA,

  Plaintiffs,

v.

SWIFT & COMPANY,

  Defendant.

_____

**ORDER OF DISMISSAL**
_____

  This matter comes before the Court on the Stipulated Motion of the Parties for Dismissal with Prejudice.

  The Court having reviewed the Motion and the file in this case and being fully advised in the premises, hereby finds and Orders:

1.  Swift & Company is a processor of beef and pork products throughout the United States.

2.  Plaintiffs are all current or former employees of Swift & Company's Greeley, Colorado, beef processing plant.

3.  All Plaintiffs were initially placed on medical leave of absence pursuant to Defendant's valid and lawful "Restricted Duty, Return to Work Policy" which was implemented in 2003.

4.  Plaintiffs claimed that in applying the policy, they were placed on medical leave of absence in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* and the Colorado Civil Rights Act, C.R.S. § 24-34-401 *et seq*.

5.  All parties agree that further litigation of this matter would not serve their interests and therefore have agreed to a final and binding settlement that resolves all issues in this case.

The parties having resolved all issues and having stipulated to dismissal of all claims with prejudice with all parties to pay his, her or its own attorney fees and costs, it is Ordered that the case be dismissed with prejudice.

Ordered this   22nd   day of February, 2007.

                                                s/Lewis T. Babcock
                                                Chief Judge, U.S. District Court